JOHN GANNON
Attorney at Law Bar No.1975
1101 West River Suite 340
Boise, Idaho 83702
Telephone No. (208) 433-0629
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY HENSLEE<br><br>        Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS INC<br><br>        Defendant | Case No. CV 1:06 CV-00504-LMB<br><br>MOTION TO APPROVE SETTLEMENT AND TO DISMISS |

COMES NOW the Plaintiff by and through her attorney of record who hereby moves and requests this Court pursuant to FRCP 23(e) and FRCP 41 to dismiss the Plaintiffs claims and all claims personal to her with prejudice and to dismiss Count III and any possible claims of the class without prejudice, with the parties bearing their own costs and attorneys fees.

This Motion is based upon the record and file in this case and the Affidavit of John Gannon and the Memorandum in Support of Motion to Approve Settlement.

Dated this 12th day of April, 2007



By_____

MOTION TO APPROVE SETTLEMENT AND DISMISS - Page 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2007, I caused to be electronically filed with the Clerk of the District Court a copy of the foregoing pleading using the CM/ECF system which sent a notice of electronic filing to Thomas High, Benoit Alexander P.O.Box 366 Twin Falls, Idaho and I caused a faxed copy to be sent to 1-208-734-1438.

By 

MOTION TO APPROVE SETTLEMENT AND DISMISS - Page 2