JOHN GANNON
Attorney at Law Bar No.1975
1101 West River Suite 340
Boise, Idaho 83702
Telephone No. (208) 433-0629
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY HENSLEE ) | |
| ) | |
| Plaintiff, ) | Case No. CV 1:06 CV-00504-LMB |
| ) | |
| vs. ) | AFFIDAVIT OF JOHN GANNON |
| ) | |
| NCO FINANCIAL SYSTEMS INC ) | |
| ) | |
| Defendant ) | |

STATE OF IDAHO     )
                   ss
County of Ada      )

JOHN GANNON being first duly sworn deposes and says:

I am attorney for the Plaintiff in this case and this affidavit is made upon my personal knowledge and belief:

1. **Class Members Reliance:** I am not aware of any publicity concerning this case. Neither I nor my client are aware of anyone who has expressed any interest or concern in this case, although iI am aware that some money has been collected for jail services by NCO and the likelihood exists that there were third parties (non inmates) who paid jail fees or who were improperly sued..

2. **Adequate Time for Filing:** Settlement is taking place early in the litigation and the Memorandum in support discusses applicable statutes of limitation.

3. **Settlement:** None of the possible class members interests have been compromised or

AFFIDAVIT OF JOHN GANNON - Page 1

afffected by this settlement. The Defendant has offered $1000 in statutory damages and $1500 for attorneys fees and Plaintiff would like to accept this amount. This is a settlement that is in the interest of Plaintiff, which avoids additional risks and benefits of litigation. One half of the filing fee of $350 is being paid from Plaintiffs recovery and 1/2 from the Attorneys fee portion of the settlement.

The settlement is not generous or particularly significant, as Amy Henslee went through a very difficult and frustrating time with this matter. NCO records show that they were advised in January of 2006 that the jail fees related to when her ex husband was in jail for domestic violence. Note that Amy did recieve a refund from the Sheriff in late July for around $585, and the Complaint is in error in that almost all of the improperly collected fees have been returned. There is a balance of $26 still due to Amy according to the Sheriff.

Dated this 12th day of April, 2007

By _____

SUBSCRIBED AND SWORN TO before me this 12 day of April, 2007

By _____
NOTARY PUBLIC FOR IDAHO
Residing at Boise, Idaho
My Comm Exp 4/13/12

AFFIDAVIT OF JOHN GANNON - Page 2